No. 203, Misc. Ex parte LAMKIN, alias LAMKINS. Court of Criminal Appeals of Texas. The petitioner's motion to dismiss the petition for writ of certiorari is granted. *Arthur Mitchell* for petitioner.

No. 466. COOKE ET AL. *v.* NORTH CAROLINA. Appeal from the Supreme Court of North Carolina. Further consideration of the question of jurisdiction is postponed to the hearing of the case on the merits. *J. Alston Atkins, C. O. Pearson, Carter W. Wesley* and *James M. Nabrit, Jr.* for appellants. *Malcolm B. Seawell,* Attorney General of North Carolina, and *Ralph Moody,* Assistant Attorney General, for appellee.

No. 499. KOTSAMPAS ET AL. *v.* UNITED STATES. Motion for leave to proceed on typewritten papers granted. Motion to defer consideration of petition for certiorari and petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied. MR. JUSTICE STEWART took no part in the consideration or decision of these applications. Petitioners *pro se. Solicitor General Rankin, Assistant Attorney General Anderson* and *Beatrice Rosenberg* for the United States.

No. 346, Misc.    MULLREED *v.* BANNAN, WARDEN;
No. 354, Misc.    CARUSO *v.* MURPHY, WARDEN;
No. 376, Misc.    WATKINS *v.* DOWD, WARDEN;
No. 380, Misc.    SHANE *v.* RAGEN, WARDEN;
No. 400, Misc.    RYAN *v.* TINSLEY, WARDEN; and
No. 401, Misc.    HAUGABROK *v.* RANDOLPH, WARDEN.
Motions for leave to file petitions for writs of habeas corpus denied.